**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CELESTE GREEN,

                Plaintiff,                23 **CIVIL** 11265 (MKV)

      -v-                                  **JUDGMENT**

MARTIN O'MALLEY
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 11, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings and issuance of a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

      April 11, 2024

                                                                           RUBY J. KRAJICK
                                                                           Clerk of Court

                                              **BY:**
                                                                            **Deputy Clerk**